UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT RAFFAELLY,

    Plaintiff,                                    No. CIV -S-02-2356   FCD/DAD PS

    v.

SIERRA PACIFIC INDUSTRIES,          **RELATED CASE ORDER**
et al.,

    Defendants.
_____/

ROBERT RAFFAELLY and
CHARLES SCHNEPP,

    Plaintiffs,                                   No. CIV S-06-0165   LKK/PAN (JFM) PS

    v.

SISKIYOU COUNTY BOARD OF
SUPERVISORS, et al.,

_____/

      Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997).  The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge

///

1  is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the
2  parties.
3        The parties should be aware that relating the cases under Local Rule 83-123 merely has
4  the result that these actions are assigned to the same judge; no consolidation of the actions is
5  effected.  Under the regular practice of this court, related cases are generally assigned to the
6  judge and magistrate judge to whom the first filed action was assigned.
7        IT IS THEREFORE ORDERED that the action denominated, CIV S-06-0165 LKK/PAN
8  (JFM) PS is reassigned to Judge Frank C. Damrell, Jr. and Magistrate Judge Dale A. Drozd for
9  all further proceedings, and any dates currently set in the reassigned case <u>only</u> are hereby
10 VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown
11 as, CIV S-06-0165 FCD/DAD PS.
12       IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the
13 assignment of civil cases to compensate for this reassignment.
14       IT IS SO ORDERED.
15 DATED: April 10, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, Jr.
United States District Judge